IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 1:08-cv-00123-MP-AK

REAL PROPERTY LOCATED AT 10910
SW 154TH STREET, ARCHER, FLORIDA,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 11, Rule 26 Report, filed by the Government. After considering the report, the Court hereby approves of and adopts the report as submitted by the parties. The Clerk is directed to set the appropriate deadlines therein.

**DONE AND ORDERED** this  *3rd* day of December, 2008

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge