IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.        CASE NO. 1:08-cv-00123-MP-AK

REAL PROPERTY LOCATED AT
10910 SW 154TH STREET,
ARCHER, FLORIDA,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 13, the Government's motion for an extension of time to complete discovery. Currently the deadline for all discovery is set for March 31, 2009, the date the Government filed the instant motion. The Government states that it has learned that an additional party must be served notice in this matter. It therefore requests that the deadline for discovery be extended by 60 days. The claimant is unopposed to the motion. Upon consideration, the Court finds that the motion should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Consent Motion for Extension of Time to Complete Discovery (Doc. 13) is GRANTED. The discover deadline is reset to Friday, May 29, 2009.

**DONE AND ORDERED** this   *2nd* day of April, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge