IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 1:08-cv-00123-MP-AK

REAL PROPERTY LOCATED AT
10910 SW 154TH STREET,
ARCHER, FLORIDA, WITH ALL
IMPROVEMENTS AND
APPURTENANCES THEREON

    Defendant.
_____/

## **DECREE OF FORFEITURE**

This matter is before the Court on Doc. 22, Motion for Forfeiture of Property, filed by the United States of America. On June 6, 2008, a Verified Complaint of Forfeiture In Rem against the defendant property was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881 (a)(7).

It appears that process was fully issued in this action according to law: That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning November 8, 2008, pursuant to Rule G (4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions. That no person or entity has filed a claim.

On July 30, 2009, this court entered an Order ruling that Jesse Sledge had no standing to contest the forfeiture of the defendant property, and that the property was used to facilitate drug transactions (Doc 20).

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

    **ORDERED AND ADJUDGED:**

1. The legal description is corrected to read as set forth below, *nunc pro tunc* to June 6, 2008.

2. The defendant property, located at 10910 SW 154th Street, Archer, Florida more particularly described as:

    the East One-half (E 1/2) of the East One-half (E1/2) of the Southeast One-quarter (SE 1/4) of the Southeast One-quarter (SE 1/4) in Section 4, Township 11 South, Range 18 East, all lying and being in Alachua County, Florida,

    with all improvements and appurtenances thereon, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

    **DONE AND ORDERED** this   *18th*   day of August, 2009

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge